**nelnet** | Official Servicer of **Federal Student Aid**

P.O. Box 82505
Lincoln, NE 68501-2505

UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

May 21, 2025

IN RE:
KIMBERLY ANN HALL (GRANTHAM)
Case #: 24-01219

REQUEST FOR NOTICE PURSUANT TO
BANKRUPTCY RULE 2002(g)

This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under the Bankruptcy Rule 2002 at the address below.

The address to which all notices should be sent:

US Department of Education C/O Nelnet
121 South 13th St
Lincoln, NE 68508

Sincerely,

/s/ David Kim
Bankruptcy Specialist
David.Kim@nelnetservicing.net

---

Nelnet is an official servicer of Federal Student Aid, an office of the U.S. Department of Education.
Learn more at StudentAid.gov

Nelnet  |  P.O. Box 82505  |  Lincoln, NE 68501-2505
1-888-486-4722  |  Help@Nelnet.studentaid.gov  |  Nelnet.studentaid.gov

@Nelnet   @Nelnet