# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

In Re: Scotty Lyn Hall                    :      Case No. 24-01219

Kimberly Ann Hall                         :      Chapter 13

Debtor(s)                                 :      Judge _____

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

Check Into Cash of Mississippi, Inc. hereby gives notice that its address, as it relates to

Proof(s) of Claim Number(s) 4 , is changed as follows:

Prior Address:

**NOTICE ADDRESS:**
Attn: Bankruptcy Department

2312 E TRINITY MILLS RD STE 100

CARROLLTON TX 75006

**PAYMENT ADDRESS:**
PO Box 931789

Atlanta GA 31193-1789

Prepared by:

/s/ Gina Crum

Name

Gina Crum

Title

Bankruptcy Manager

Address

Attn: Bankruptcy Department

2312 E TRINITY MILLS RD STE 100

CARROLLTON TX 75006

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S.

/s/ Gina Crum

Check Into Cash of Mississippi, Inc.

Attn: Bankruptcy Department

2312 E TRINITY MILLS RD STE 100

CARROLLTON TX 75006