**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Scotty Lyn Hall**
**Kimberly Ann Hall, Debtors**

**Case No. 24-01219-JAW**
**CHAPTER 13**

**SUGGESTION OF DEATH**

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure, Kimberly Ann Hall ("Joint Debtor") who is the wife of Debtor, notes the death during the pendency of this action of Scotty Lyn Hall ("Debtor). In accordance with Rule 1016 of the Federal Rules of Bankruptcy Procedure, the Joint Debtor believes that further administration of this case is possible and is in the best interest. The Joint Debtor prays that the case proceed and be concluded in the same manner, so far as possible, as though the death had not occurred.

Respectfully submitted,

By: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533