**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 24, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Mississippi**

**IN THE MATTER OF:**
*****SCOTTY LYN HALL*****
**SS#: XXX-XX-4771**
**KIMBERLY ANN HALL**

**CASE NO.: 24-01219- JAW**

**RELEASE OF WAGES**

THE ORDER HERETOFOR ENTERED IN THESE PROCEEDINGS BY WHICH THE DEBTOR'S EMPLOYER:

TYSON FOODS
ATTN PAYROLL DEPT
2200 W. DON TYSON PKWY
SPRINGDALE, AR 72762-0000

WAS REQUIRED TO PAY THE ABOVE DEBTOR'S EARNINGS OR A PORTION THEREOF TO:

Torri Parker Martin
Standing Chapter 13 Trustee
200 NORTH CONGRESS STREET
SUITE 400
JACKSON, MS 39201-1902

IS VACATED FOR THE FOLLOWING REASON(S): PLAN PYMENT COMPLETE

AND THE ABOVE-NAMED EMPLOYER WILL HENCEFORTH CEASE DEDUCTIONS OF ANY WAGES AND WILL ACCOUNT DIRECTLY TO THE EMPLOYEE FOR ANY WAGES EARNED.

##END OF ORDER##